**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02953-BNB

LEROY BUHL,

     Applicant,

v.

D. BERKEBILE, Warden,

     Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's "Motion to Reconsider the Orders Issued 11-26-2012" (ECF No. 17) filed on January 2, 2013, is DENIED because the relief he seeks either is premature or unsupported by specific allegations.

Dated:  January 8, 2013

---