IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02953-WYD-KMT

LEROY BUHL,

     Applicant,

v.

D. BERKEBILE, Warden,

     Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Applicant's Motion filed on April 15, 2013, is **GRANTED IN PART AND DENIED IN PART**.  The motion is granted to the extent it seeks to withdraw Applicant's Motion to Stay Proceedings.  The Motion to Stay Proceedings filed February 14, 2013 (ECF No. 24) is **WITHDRAWN**.  To the extent Applicant seeks habeas corpus relief in his motion, this request is denied, as such relief shall be addressed in connection with the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

     Dated:  April 18, 2013.